IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Criminal No. 05-151 |
| | ) |
| SHAWN LANGFORD | ) |

**ORDER OF COURT**

AND NOW, to-wit, this 21ST day of February, 2006 upon consideration of the foregoing Request for issuance of a Subpoena Duces Tecum Pursuant to Rule 17(b) and 17(c) of the Federal Rules of Criminal Procedure, it is hereby ORDERED, ADJUDGED, AND DECREED that the requested subpoena shall be issued and served by an authorized representative of the Federal Public Defender, directing the person listed in the schedule to appear before the Honorable Gary L. Lancaster, United States District Judge, United States Courthouse, Seventh and Grant Street, Pittsburgh, Pennsylvania 15219 on Tuesday, March 7, 2006, at 9:30 a.m. to produce records for the inspection of Mr. Langford and his attorney:

## SUBPOENA SCHEDULE

Custodian of Records                                    (Factual Witness)
Iron and Glass Bank
1100 Washington
Scott Township, Pa.

    Iron and Glass Bank will produce the video tape of the bank robbery that occurred on March 9, 2005 at approximately 9:16 a.m.

COSTS TO BE BORNE BY THE GOVERNMENT.

                                                  Gary L. Lancaster
                                                  United States District Judge