IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      )
                              )
            V.                )      Criminal No. 05-151
                              )
SHAWN LANGFORD                )

**ORDER OF COURT**

AND NOW, to-wit, this 11ᵗʰ day of March, 2006,
upon consideration of the foregoing Motion to Permit Private
Contact Visits to Conduct Evaluation, it is hereby ORDERED,
ADJUDGED AND DECREED that said motion be, and the same hereby
is, granted.  Dr. Brams shall be permitted a have a private,
contact visit with Shawn Langford on March 23 and 24, 2006
for four hours to complete psychological evaluation and
testing, and private, contact visits with Shawn Langford
during normal business hours at such dates and times as
necessary to complete said evaluations and examinations.

Gary L. Lancaster
United States District Judge

3