IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       )
                               )
            v.                 )       Criminal No. 05-151
                               )
SHAWN LANGFORD                 )

**ORDER OF COURT**

AND NOW, to-wit, this **11** day of March, 2006, upon consideration of the foregoing Defendant Shawn Langford's Motion to Reproduce Presentence Report, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be and the same hereby is, GRANTED.

Gary L. Lancaster
United States District Judge

cc:  Counsel of Record
     U.S. Probation Office