IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 05-151 |
| | ) | |
| SHAWN LANGFORD | ) | |

## **ORDER OF COURT**

AND NOW, to-wit, this 30th day of July, 2008, upon consideration of the foregoing Defendant's Motion to Reproduce Defendant's Presentence Report, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be and the same hereby is, GRANTED; IT IS FURTHER ORDERED that defense counsel may copy the Presentence Report and provide that copy to Shawn Langford.

                                            s/Gary L. Lancaster
                                            _____
                                            Gary L. Lancaster
                                            United States District Judge

cc: All Counsel of Record
     U.S. Probation