IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Criminal No. 05-151 |
| | ) | |
| SHAWN LANGFORD | ) | |

**ORDER OF COURT**

AND NOW, to-wit, this 30th day of July, 2008, upon consideration of the foregoing Motion to Seal, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be, and the same hereby is, granted. It is FURTHER ORDERED that said Memorandum shall remain sealed until further Order of Court.

                                      s/Gary L. Lancaster
                                      _____
                                      Gary L. Lancaster
                                      United States District Judge