IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHAWN LANGFORD,                    )
                                   )
          Petitioner,              )
                                   ) Civil No. 09-1029
     v.                            )
                                   ) Criminal No. 05-0151
UNITED STATES OF AMERICA,          )
                                   )
          Respondent.              )

ORDER

AND NOW, this 23rd day of November, for the reasons stated in the Memorandum and Order [doc. no. 97] denying petitioner's motion to vacate, set aside, or correct sentence IT IS HEREBY ORDERED THAT petitioner's request for a certificate of appealability is DENIED.

BY THE COURT:

_____, Chief J.

cc:  All Counsel of Record